MINUTES OF PROCEEDING
ROBERT G. JAMES
U. S. DISTRICT JUDGE
May 23, 2008

RECEIVED
IN MONROE, LA

MAY 23 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ERIC CLEVELAND, ET AL. | CIV ACTION NO. 67-12,924 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNION PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE KAREN L. HAYES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On May 23, 2008, the Court conducted a telephone status conference with counsel to discuss the Motion and Order for Leave to Intervene [Doc. No. 6] filed by the D'Arbonne Woods Charter School, Inc. A/K/A D'Arbonne Woods Charter School, a Louisiana Corporation, ("D'Arbonne Woods School") in the above-referenced matter. Steve Katz, counsel for Union Parish School Board ("School Board"), and Don Kneipp, counsel for D'Arbonne Woods School, participated in the conference. Also present was Kayla Dye May, Law Clerk.

Counsel for the School Board indicated that his client would not oppose D'Arbonne Woods School's intervention in the case for the sole purpose of attempting to obtain authorization for operation. Having reviewed the Motion and Order to Intervene and considering the position of the School Board, the Court has issued an order allowing D'Arbonne Woods School to intervene in this matter.

Counsel for the School Board notified the Court that his client will hold a meeting on

1

June 2, 2008, to discuss whether it will oppose D'Arbonne Woods School's Motion for Authorization to Operate a Charter School in Union Parish ("Motion for Authorization").

The parties are to notify the United States Department of Education, Office of Civil Rights, of the pending Motion for Authorization. Counsel for D'Arbonne Woods School will provide a copy of all pleadings filed with the Court.

The parties agreed to cooperate in the exchange of discovery materials. The School Board is attempting to obtain information on the racial composition of K-6 students potentially affected by the charter school. D'Arbonne Woods School will also obtain information about the racial composition of its students for the upcoming school year and the schools which they attended during the 2007-2008 school year.

The parties also agreed to a briefing schedule. The School Board will file its response to the Motion for Authorization no later than **June 20, 2008.** Once the Court receives the School Board's memorandum, it will set an additional status conference, if the Court deems one necessary.

If D'Arbonne Woods School wishes to file a reply memorandum, it may do so no later than **July 1, 2008.**

The Court set an evidentiary hearing on the Motion for Authorization for **July 11, 2008, at 10:00 A.M.** The Court will issue a ruling on the Motion no later than July 15, 2008.

The conference concluded after thirty-five (35) minutes.

RGJ  *[signature]*