UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TAYLOR CLEVELAND | NUMBER 3:67CV12924 |
| VERSUS | JUDGE: JAMES |
| UNION PARISH SCHOOL BOARD | |

**MINUTES OF MOTION FOR AUTHORIZATION
TO OPERATE A CHARTER SCHOOL IN UNION PARISH**

Friday, July 11, 2008          Court Began:  10:00 AM     Court Ended: 1:05 PM
Time in Court:   3 hours 5 mins

PRESENT:   ROBERT G. JAMES          JUDGE
                  Debbie Lowery                   Court Reporter
                  Amy Crawford                   Courtroom Deputy
                  Donald L Kneipp               Attorney representing D'Arbonne Woods Charter School
                  Stephen J Katz                  Attorney representing Union Parish School Board
                  Scotty Lowery                   Attorney representing Union Parish School Board

**PROCEEDINGS:**     **Status Conference (30 mins)**
    The Court met with counsel in chambers

**PROCEEDINGS:**     **HEARING ON INTERVENOR'S MOTION FOR AUTHORIZATION TO OPERATE A CHARTER SCHOOL IN UNION PARISH (2 hrs 10 mins)**

Testimony received from witnesses listed on the attached witness list.

Exhibits listed on the attached exhibit list admitted into evidence.

**PROCEEDINGS: Status Conference (25 mins)**
    The Court met with counsel in chambers.

The Court took the motion under advisement.  A ruling will issue in due course.