UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

TAYLOR CLEVELAND                                              NUMBER 3:67CV12924

VERSUS                                                        JUDGE: JAMES

UNION PARISH SCHOOL BOARD

## LIST OF EXHIBITS FOR HEARING HELD 7/11/08

**Intervenor's Exhibits**

1. NACSA Evaluation & Recommendation Summary for the 2007-2008 Application Cycle

2. NACSA Evaluation & Recommendation Summary for the 2008-2009 Application Cycle

3. NACSA Background Material

4. 2008 Charter School Application

5. Curriculum & Diversity Integration

6. Board Level Committee Summaries regarding parental involvement, community involvement, diversity

7. Anti-Discrimination Policy contained in D'Arbonne Woods Charter School

8. Employment Ad in The Free Press

9. Faculty/Staff Applications

10. Sample letters & Intent to Apply Applications of identified minority students

11. Direct letters sent to minority parents identified by D'Arbonne Woods Charter School

12. Diversity recruitment flyers to day cares in Union Parish

13. Upcoming diversity event

14. Samples of recent blast emails to all applicants and interested parties who have registered

15. D'Arbonne Woods Charter School Website Home Page

16. Copy of letter mailed to ministers from Farmerville Chamber of Commerce listings

17. Returned letters from the mail-out to African-American churches in Union Parish

18. Material presented at ministers meeting held September 14, 2006 in Farmerville, LA

19. Material presented at public meeting held September 18, 2006

20. Executive Director's notes for July, 2007 presentation at Lions Club in Farmerville, LA

21. Sample power point used at community meetings

22. Sample agenda of past board meeting (includes topics of diversity and recruitment)

23. Sampling of advertisements placed in Bernice "Banner" and Farmerville "Gazette"

24. Sampling of press releases sent to all local media contacts

25. Sample agendas of parish-wide meetings held in 2006-2007

26. Sampling of flyers, pamphlets and brochures distributed across the parish

27. Copies of student applications

28. Student recruitment residents of Union Parish who sent their children out of Union Parish to school, but now coming back to Parish

29. Student enrollment for Special Education population

30. Union Parish school statistics

31. Collection of news articles that have appeared across area over the past two years

32. Summary email of Corie Williams / Steve Dozier meeting on July 2, 2008

33. Recruitment Effort Summary

34. Power Point of diversity training for staff/board retreat in July, 2008

35. Research background on diversity activities included in board/staff retreat in July, 2008.

**Defendant, Union Parish School Board's Exhibits**

1. Union Parish School Board District Ethnic/Gender totals for students by school

2. Bernice High School Ethnic/Gender by grade

3. Downsville High School Ethnic/Gender by grade

4. Farmerville Elementary School Ethnic/Gender by grade

5. Farmerville Junior High School Ethnic/Gender by grade

6. Farmerville High School Ethnic/Gender by grade

7. Marion High School Ethnic/Gender by grade

8. Spearsville High School Ethnic/Gender by grade

9. Title I fund allocation by school

10. Union Parish free and reduced lunch-at-risk count parish-wide

11. Union Parish free and reduced lunch-at-risk count by school

12. 2007-2008 Union parish teachers by ethnicity

13. Child Nutrition Program Revenue Loss

14. Operating Expense, Loss Summary and Reduction in Force

15. D'Arbonne Woods Charter School Students' Test Scores Comparison

16. Draft Minutes of School Board Meeting of June 2, 2008

17. Lease Agreement