Cleveland
v
UPSB

67-12924

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

JUL 11 2008

ROBERT H. SHEMWELL, CLERK
BY [signature]
DEPUTY

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

Sharon T Hays
Clyde Hays
Greg Cull
Cedric O. Andrews
Deborah K. Andrews
Stanley Gray
Charlie Smith

Wanda Hill
Carlos L Jones
Peggy J. Andrews
John Nelson
Glenda Graham
Wanda A Washington
Willie Desmuke

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

| | |
|---|---|
| Shelia Watley | Carolyn Henderson |
| Berlin L Davis | Pam Willis |
| Sharee Ford | Jason Willis |
| Ruby Green | Virginia Laney |
| Tanya Hampton | Joe Laney |
| Evelyn Sims Dismuke | Beyrean Laney |
| Johnny Dismuke | Andrew Ford Jr |

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

Jay R. Newton
LaKoey Gray
Deshawn Taylor
Delwin Chapin
[illegible]
[illegible] Hay
Janice Gray

James C Sutton
Brenda Lane
Paul Lane
Shanell Hill
Lachecia Graham
Grace Andrews
Ruthell Reed

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

Betty Jackson
Shirley Barnes
Sarah Barnes
Jasher Owens
Evelyn Smith
Helen Davis
Mattie L. Livingston

Lillian Williams
Verna Barnes
Karen Hall
Nitra Hall
Jennifer Hall
Robert Hall
Valerie Holyfield

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

Jerry Hall
Alice Beaver
Mary Hay
Lethon Hay
Shannon Hall
Rodney Bailey
Kathy Knighton
Eunice Sherman
Joyce Thurman
Fredrick L. Smith
Patrick Findley
Winifred Owens
Dora Findley
Eddie Burn
Lara Elliott
Sherry King
Lizzie Kennedy
Linda Kennedy

[illegible] Fields
Gladys McNeal
Missie McNeal
Quinsy McNeal
Cornelius Banks
B. [illegible] Williams
Alice Bolton
Phyllis Hopkins
Crystal Hopkins
Jerry Brumley
Marcus Elliott
Wanda Andrews
Gazelle Smith
Willie Mae Smith
Jean E Fields
[illegible]
Willie M Williams
Venable Johnson

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

Mary J. Cleveland
Shanonda Davis
Estella Tucker
[illegible]
Margaret Tisdale
James Brown
Monica Brown
[illegible]
[illegible]
Linda Gray
Lorene Watley
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Bobby Warren
[illegible]

[illegible]
George Allen Carr

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

| | |
|---|---|
| JoAnn Ford | Frank Watley |
| LyJuana Henry | Janice Island |
| Carolyn Powell | Alfonso Ford |
| Charles Powell | Laura Ford |
| Charmene Powell | Latoka Morris |
| Meria Powell | Gladis Morris |
| Hattie Heard | Kesha Henry-Weston |
| Sylvera Henry | Maurice Weston |
| Angela Henry | Marrie Henry |
| Leona Henry | Tillie B. Henry |
| Bruce Henry | Marlin Lee Weston |
| Debra Henry | Jasmine Smith Weston |
| LaToya Donovan | Chelsea Catlings |
| Raymond Johnson | Ashanti Holyfield |
| Kim Johnson | Breanna Sims |
| Pastor Wayne Boggs | Kayla Sims |
| Nicole Wilson | Keon Morris |
| Joanne Wilson | Yakira Hampton |

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

| | |
|---|---|
| William Reed | James W. Neal |
| Shande' Evans | Patricia Williams |
| Sharondo Smith | Antoine Gray |
| Alice Beaver | [illegible] |
| Alma Knighten | Pamela Aaron |
| Rolando McGinty | Andrea Simmons |
| Alden McGinty | Anthony Simmons |
| Curtis M. Wright | Latonya Simmons |
| Georgia Kennedy | Andrea Simmons |
| Betty Tidwell | Mario Simmons |
| Piper Tidwell | LaShonatiah Shelton |
| Stephana Brown | Verlonski Glasper |
| [illegible] Tidwell | Tracy Gray |
| Ella M. Watley | Rita Bridges |
| Bonnie E. Bell | [illegible] |
| Johnny Reed | |
| Elroy Warren Jr. | |
| Jerry Reed | |

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

Dianne Gray
Angela Jones
Jerita Pryor
Andre Tismull
Christopher Didwell
Cassandra Deal
Linda Pointer
Mildred L Ferguson
Lucelle Thompson
Robert Earl Hall
Amos Graham
Susie Newton
Arthur Newton
Yolanda Tidwell
Yolanda Elliott
Janie Elliott
Bettye Henry
Wanda Williams

Alicia M. Ferguson
R K Gray
[illegible]
Tatonis Champion
Mrheal Champion
John Nelson
Stella Smith
Kimberly Boggs
Robert Finley
Denise Nelson
Kedrick Flore
Shenay Allison
[illegible]
Grace Andrews
Paul Love
Betty L Tidwell
Othell Waters
Maltis Andrews

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 3

Erma P. Lane-Henderson

Sharon Davis

Trakecia Armstrong

Jeannette B. Webb

Carroanda Smith

Mace Smith

Dorris D. Williams

George E. Andrews

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

James K. Sutton
Donald Lacey
Tonita J. Washington
Chester Payne
Walter Bragg Jr.
Jimmy Neil
Allen Payne Jr.
Melvin Watts
Anthony Fields
Johnny Reed
Anthony Montgomery
Felix E. Turner
Joe L. Daniel
Laterrance Willis
Wardie Payne
Ernestine Payne
James W. Neal
Pamela Montgomery

Margaret Castle
KC
L. Ocie Malone
Tommy Malone
Lovora Waters
Tracy Payne
Isaac Payne
Stephen Williams
Alice Bolton
Mary Sutton
Teddy Sutton
Robert Sutton
Joe Williams
Jessie M. Glasson
Mike Armstrong
Fredrick B. Smith
Robert Jones
James M. Montgomery

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 3

Patrick Mitchell
Linda Mitchell
DeAntwon Mitchell
Denise Andrews
Kenneth Andrews
Grace Andrews
India Andrews
Tamara Andrews
Patrick Andrews
Mattie Richmond
Phyllis Mitchell
Diane Jones
Romichi Jones
Nakia Jones
James E. Jones
[illegible] Jones
Charles Fields
Janice Island

Mary Jean Fields
Kenneth Hatley
Bobby Fields
Jenetta Fields
Bunecue Thompson
Rev Dwayne Hill
[illegible]
[illegible] Smith
Yancario Lewis
Anthony [illegible]
Shando [illegible]
Wesley C. [illegible]
[illegible] McNeal
Tamera McNeal
Bruce [illegible]
Barbara [illegible]
Spencer Elliott
Kimberly Johnson

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 3

Richard Joe Daily

Mary Sutton

Rosanie Glosser

Bobby Glosser

Teddy Sutton

Melvin Smith

TaKebra Andrews

Tammie Brigsley

Catharina Audrey

Willie W. Payne

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 3

Bennifer Montgomery

Patricia Montgomery

Diane Smith

Melvin Smith

Willie M. Smith

Carolyn McNeal

Jerri McNeal

Crawford Fields

John W. Fields

Jamie Elliott

Betty King

Nancy Bryant

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 3

[illegible] Shelton
[illegible] Hunter
Devaro [illegible]
[illegible]
[illegible]
Shameka Henry
Shakonda Dawson
Bobby Singleton
Tina Buggs
Margret Buggs
Nova Dawson
Denny Buggs
Yolanda Buggs
Sonya Singleton
Mae Taylor
Lakeal Taylor
Derono Wright
Javontaye Taylor

Givenchy Taylor
Jerry Carroll
Miranda Paschal
[illegible] Paschal
Annie Paschal
Angela Williams
Tonya Singleton
Anthony Singleton
[illegible] Crew
Billy C Wilson
Derek Henderson
April [illegible]
[illegible] Singleton
[illegible]
James Elmore
Felix Elliott
Coretta Owens
K. McNeal

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 3

Vickie Frazier
Melvin Frazier
Noreaga Frazier
Tiffany Frazier
[illegible]
Kathy Jones
Bryan Jones
Daren Meadows
Faye Smith
Terry Smith
Mary A. Smith
Betty Jane Moss
Bernetha Peel
Alice Webster
Wiley Webster
Alice Riggins
Donald R. Riggins
Prince Holiday IV

Ivan Holliday
Tammy Sapp
John Sapp
Lester Smith
Author Shepherd
Josea Meeks
Amod Jones
Ora Lee Webster
Caldwell Webster
Beverly McHenry
Otis Jones

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

Norman Nute

Denise Jackson

LaDerrick Jackson

Effie Sue Braggs

Valerie L. Braggs

Bobby Braggs

Jimmy Hill

Alexander Miller

Tymeshia Miller

D'Eric Jackson

DaKerry McNeal

Shaundregius Smith

LaDaja Pryor

Malaysia Braggs

Dominique Miller

Tina Singleton

LaDarius Brown

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

Judy Ward

Karen Washington

Artie Andrews

Latasha Phillips

Tonya Wells

Ida Bolton

Earnestine Bragg

Gracie Douglas

Margie Colvin

Shelley Thomas

Clody J. W. Holley

Larry Thomas

Essie Dell Mayo

Roger D. Holley

Edward Barfield

Jewell Rivers

John L. Taylor

Johnny B. Gilliam

Belinda Colemon

Kesha Davis

Linda A. Henderson

Lee A. Washington

Tommy Hogue

Channing Washington

Rev. Jessie Bowman

H. P. T. Jr.

Naomi Gholston

Shawanna Davis

Shanda Davis

Kim Hummel

The Honorable Judge Robbie James,

As residents of Union Parish, we, the undersigned, are deeply concerned about the adverse affect D'Arbonne Woods Charter School will have on Union Parish public schools and the future of our children and communities.

Being free from many laws and regulations governing public schools, a not-so-clear admission policy, and known history of Rocky Branch community's racial disparity in education - Eric Cleveland v. Union Parish School Board - we strongly feel D'Arbonne Woods Charter School, located in Rocky Branch, would undo all efforts put forth by BESE to guarantee racial balance in our schools and academic equality for all students.

We furthermore feel those precious dollars taken from existing schools to support D'Arbonne Woods Charter School would bring additional financial hemorrhaging to those already suffering schools and communities.

We believe a quality education is every child's inheritance, but not at such a large cost to children and communities.

We are encouraged you will rule on what is just, true and fair for a secure future for our children and their future.

Respectfully,

Union Parish Residents, Parents, Educators, Students, and Community Leaders (Whose Signatures below attest to agreement with the contents of this document).

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School) Page 2

Bessie Lewis

Elaine Natson

[illegible]

Glenda Dixson

Odell D Sims Sr

Lowell Lewis

Doris Lewis

Andrea Livingston

Curtonious Hendricks

[illegible]

Emma Dixon

Phalesha Dixon

Truman Sims

Deanna [illegible]

Lacy Buggs

Carla Haley

Maryalene Bragg

Tommy Jones

Deborah Cole

Letter to Judge Robbie James (Re: D'Arbonne Woods Charter School)  Page 3