MINUTES OF PROCEEDING
ROBERT G. JAMES
U. S. DISTRICT JUDGE
July 15, 2008

RECEIVED
IN MONROE, LA

JUL 15 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ERIC CLEVELAND, ET AL. | CIV ACTION NO. 67-12,924 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNION PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE KAREN L. HAYES |

****************************************

On July 15, 2008, at 3:00 P.M., the Court conducted a status conference with counsel to discuss the pending Motion for Leave to Intervene and Motion for Authorization to Operate a Charter School in Union Parish ("Motion for Authorization") [Doc. No. 9] filed by D'Arbonne Woods Charter School, Inc. ("DWS") in the above-referenced matter. Steve Katz, counsel for Union Parish School Board; David Thompson, counsel for DWS; and Kayla Dye May, Law Clerk, were present at the conference. Don Kneipp, counsel for DWS, participated by telephone.

During the conference, the Court notified counsel that the Motion for Authorization will be denied. A written ruling and order will be filed shortly.

The conference concluded at 3:30 P.M.

RGJ