**08-30829**



| | | |
|---|---|---|
| Reply@lawd.uscourts.gov<br>08/14/2008 | To | Clerk@lawd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 3:67-cv-12924-RGJ Cleveland et al v. Union Parish Notice of Appeal |

*[Stamped: U.S. DISTRICT OF LOUISIANA, WESTERN DISTRICT, RECEIVED SEP 02 2008, ROBERT H. SHEMWELL, CLERK, BY ___ DEPUTY]*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Western District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Kneipp, Donald on 8/14/2008 at 4:30 PM CDT and filed on 8/14/2008

**Case Name:** Cleveland et al v. Union Parish
**Case Number:** 3:67-cv-12924
**Filer:** D'Arbonne Woods Charter School Inc
**WARNING: CASE CLOSED on 11/14/1968**
**Document Number:** 31

**Docket Text:**
**NOTICE OF APPEAL as to [27] Order on Motion for Miscellaneous Relief by D'Arbonne Woods Charter School Inc. Filing fee: $ 455, receipt number 05360000000000886367. (aty,Kneipp, Donald)**

**3:67-cv-12924 Notice has been electronically mailed to:**

Stephen J Katz    sztak@aol.com, myratullos@bellsouth.net

Donald L Kneipp    dkneipp@kneipplaw.com, selmore@kneipplaw.com

David E Verlander , III(Terminated)    dev@mv-law.com, dverlander@mac.com, sherry@mv-law.com