MINUTES OF PROCEEDING
ROBERT G. JAMES
U. S. DISTRICT JUDGE
March 27, 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 27 2009
ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ERIC CLEVELAND, ET AL. | CIV ACTION NO. 67-12924 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNION PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE KAREN L. HAYES |

************************************

On March 27, 2009, at 11:00 A.M., the Court conducted a status conference with counsel to discuss the application of D'Arbonne Woods Charter School, Inc. A/K/A D'Arbonne Woods Charter School, a Louisiana Corporation, for authorization to operate as a Type II Charter School in Union Parish for the 2009-2010 school year. Steve Katz, counsel for Union Parish School Board, and Don Kneipp, counsel for D'Arbonne Woods School, participated by telephone. Steve Dozier, Superintendent of the Union Parish Schools, and Michael Holley, President of the Union Parish School Board, attended the conference in person.

There was discussion regarding the steps D'Arbonne Woods School has taken to comply with the desegregation order and in preparation of its application. Mr. Kneipp agreed to provide the Court and the School Board with all pertinent materials as soon as possible prior to the April 6, 2009 meeting of the School Board. The Court will schedule another status conference to be held after the School Board has had an opportunity to review and discuss the materials.

There was additional discussion regarding the School Board's efforts to consolidate schools and to comply with the desegregation order.

The conference concluded at 11:55 a.m.

RGJ