UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ERIC CLEVELAND, ET AL**                    CIVIL ACTION NO. 12,924

**VERSUS**                                            JUDGE ROBERT G. JAMES

**UNION PARISH SCHOOL BOARD, ET AL**

### ORDER

The foregoing Motion having been considered:

**IT IS ORDERED** that the MOVANT, D'Arbonne Woods Charter School, Inc. A/K/A D'Arbonne Woods Charter School, is hereby ordered and directed to exempt the minority applicants from the lottery imposed by La. R.S. 17:3991 C(1)(c)(i) for the purposes of complying with the Desegregation Order currently in effect in Union Parish.

_____, Louisiana, this _____ day of May, 2009.


_____
                    JUDGE