RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/19/09
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

67-12924

ERIC CLEVELAND, ET AL     CIVIL ACTION NO. ~~12,924~~

VERSUS     JUDGE ROBERT G. JAMES

UNION PARISH SCHOOL BOARD, ET AL

## ORDER

The foregoing Motion having been considered [Doc. no. 543],

**IT IS ORDERED** that the MOVANT, D'Arbonne Woods Charter School, Inc. A/K/A D'Arbonne Woods Charter School, is hereby ordered and directed to exempt the minority applicants from the lottery imposed by La. R.S. 17:3991 C(1)(c)(i) for the purposes of complying with the Desegregation Order currently in effect in Union Parish.

Monroe, Louisiana, this 19 day of May, 2009.

_____
JUDGE