RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/19/09
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

67-12924

| | |
|---|---|
| ERIC CLEVELAND, ET AL | CIVIL ACTION NO. ~~12,924~~ |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNION PARISH SCHOOL BOARD, ET AL | |

**EXHIBIT LIST OF D'ARBONNE WOODS CHARTER SCHOOL, INC.
A/K/A D'ARBONNE WOODS CHARTER SCHOOL, A LOUISIANA CORPORATION**

1. Legend Description for Enrollment Applications
2, Administration, Faculty and Staff
3. Minority Student Teacher/Teacher Candidate Initiative
4. Board of Directors
5. Community Outreach to Head Start/Day Cares
6. Community Outreach Program
7. Board of Directors/Executive Committee Diversity Training Program
8. Open Enrollment Outreach
9. Proposed Facilities/Property
10. Kindergarten Student Registration Forms
11. 1st Grade Student Registration Forms
12. 2nd Grade Student Registration Forms
13. 3rd Grade Student Registration Forms
14. 4th Grade Student Registration Forms
15. 5th Grade Student Registration Forms
16. 6th Grade Student Registration Forms
17. Current Notice on Website Concerning Status of School
18. Sign-in Sheets - Community Open House
19. Additional Applicants (19)