UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ERIC CLEVELAND, ET AL** | **CIVIL ACTION NO. 67-12924** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **UNION PARISH SCHOOL BOARD, ET AL** | **MAG. JUDGE KAREN L. HAYES** |

**ORDER FOR PARTIAL UNITARY STATUS**

Upon consideration of the Motion for Declaration of Unitary Status in Areas of Transportation, Extracurricular Activities and Facilities and Brief in Support and attached Exhibits [Doc. No. 120] and the previous filings of the Union Parish School Board in this proceeding, the Court finds that, to the extent practicable, the vestiges of the prior *de jure* system in the areas of extracurricular activities, transportation, and facilities have been eliminated. Accordingly,

IT IS ORDERED that the motion is GRANTED. The factors identified in *Green v. County Sch. Board of New Kent Cty,* 391 U.S. 430 (1968), are resolved for all intents and purposes, and the Union Parish School Board operates a unitary school district in the areas of transportation, extracurricular activities, and facilities.

IT IS FURTHER ORDERED that those portions of the previously entered desegregation orders in this case addressing the areas of transportation, extracurricular activities and facilities are considered resolved and will no longer be an issue in the Court's proceedings, and are DISMISSED. The Union Parish School Board is released from further court supervision as to these three areas.

IT IS FURTHER ORDERED that the Court's previous orders shall remain in full force and effect as to the areas of faculty and staff assignments and student assignments until further order of

this Court, to the extent that they are not inconsistent with or expressly amended by this Order.

**MONROE, LOUISIANA,** this 2nd day of February, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE